DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SW DELRAY ARTIST ALLEY, LLC,**
Appellant,

v.

**SANDRA RAUTINS** and **SARIN DESIGN, INC.,**
Appellees.

No. 4D2022-3230

[March 21, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Judge; L.T. Case No. 502019CA003535.

Lissette Gonzalez of Cole, Scott & Kissane, P.A., Miami, for appellant.

Matthew J. Militzok of Militzok & Associates, P.A., Plantation, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***